# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17871-ELF

DAJUAN KIRKLAND

2624 W. MIMI CIRCLE

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DAJUAN KIRKLAND

  2624 W. MIMI CIRCLE

  PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

  STEPHEN MATTHEW DUNNE, ESQ.
  1515 MARKET ST
  SUITE 1200
  PHILADELPHIA,, PA 19102-

Date: 8/23/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee