United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 17-17871-elf
Dajuan Kirkland | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Feb 15, 2023  Form ID: 138OBJ  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dajuan Kirkland, 2624 W. Mimi Circle, Philadelphia, PA 19131-2825 |
| 14088659 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14560503 | + | FREEDOM MORTGAGE, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14017195 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14017198 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 14210860 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14017193 | | Email/Text: compliancebankruptcy@bylcompanies.com | Feb 16 2023 00:06:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14017194 | + | Email/Text: csd1clientservices@cboflanc.com | Feb 16 2023 00:07:00 | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14560244 | ^ | MEBN | Feb 16 2023 00:05:13 | FREEDOM MORTGAGE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14083798 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 16 2023 00:06:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14017196 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:06:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14032076 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14017197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2023 00:13:52 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14041201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2023 00:13:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14017546 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 16 2023 00:13:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14019476 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14017199 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2023 00:06:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14019858 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 16 2023 00:13:51 | U.S. Department of Housing and Urban |

Case 17-17871-elf   Doc 92   Filed 02/17/23   Entered 02/18/23 00:30:28   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 20 |

| 14061124 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2023 00:13:37 | Development, 451 7th Street S.W., Washington, DC 20410-0002 Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14088660 | *+ | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com |
| RAYMOND M. KEMPINSKI | on behalf of Debtor Dajuan Kirkland raykemp1006@gmail.com raykemp1006@gmail.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Dajuan Kirkland bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dajuan Kirkland
      Debtor(s)

Case No: 17−17871−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/23

91 − 85
Form 138OBJ